# EXHIBIT 3

Ziegler St/Winslow St Older OP Associates
ID: None



Ziegler St/Winslow St Older OP Associates
ID: None

8 Winslow St, OP associate gang gathering
ID: F170026377



T Stop on 9 Degautier St, MA/6NKK70 passenger Hoxter, Hawkins, Bell
ID: F170025642



Dearborn/Ziegler, T stop, OP associate, Tyree Draugn, Johnny Bell Stevens, Andre Parham, Jaylin Hawkins, Summons
ID: I162096441



Orchard Park and VNF Associates, many members
3
ID: F170025778



Gang disturbance, Warrant arrest, Kyle Scott, 124 Eustis Street
ID: I162080733

